## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID HEINTZ** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 18-366** |
| **ARTHUR LAWSON, et al.** | **SECTION: "G"(1)** |

## ORDER

The Court having been advised that the parties have firmly agreed upon a compromise,[1]

**IT IS HEREBY ORDERED** that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

**IT IS FURTHER ORDERED** that the parties be directed to file an appropriate order of dismissal as soon as the settlement documents are executed. If no motion to reopen is filed, the case is officially closed and the Clerk of Court shall be relieved of responsibility of sending out further notices in this matter.

Counsel are reminded that, if witnesses have been subpoenaed, every witness must be notified by counsel not to appear.

**NEW ORLEANS, LOUISIANA**, this 10th day of October, 2019.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] *See* correspondence.

# LEONARD L. LEVENSON & ASSOCIATES

**A PROFESSIONAL LAW CORPORATION**

LEONARD L. LEVENSON*                          424 GRAVIER STREET                   TELEPHONE (504) 586-0066
                                                  FIRST FLOOR                   FACSIMILE   (504) 586-0079
_____                              NEW ORLEANS 70130

COLLEEN BOYLE GANNON                                                            *A PROFESSIONAL LAW CORPORATION
CHRISTIAN W. HELMKE
DONNA R. BARRIOS

October 7, 2019

Chief Judge Nannette Jolivette Brown          VIA E-MAILefile-Brown@laed.uscourts.gov
U.S. District Court for the Eastern District of Louisiana
Section "G"
500 Poydras Street - Room C205
New Orleans, LA 70130

Re:    David Heinz v. Arthur Lawson, et al
       No. 18-00366 - Sec. "NJB" - Mag "JVM"

Dear Chief Judge Brown:

We are enrolled in these proceedings on behalf of the defendant, Chief Arthur Lawson.
Please be advised that the captioned case has settled in full as a result of a continued
settlement conference with U.S. Mag. Judge Janis van Meerveld, subject only to the
approval of the Gretna City Council.  The case was fixed for trial on November 4, 2019.

We respectfully request that the case be removed from the Court's trial docket and the
appropriate order be entered by the Court.

Thank you for your kind attention and cooperation.

Sincerely,

/s/ Leonard L. Levenson

LEONARD L.  LEVENSON

LLL/mmi

cc:    Steven M. Mauterer (Via E-Mail: smauterer@beeverslaw.com)
       Shayna Beevers Morvant (Via E-Mail;slbeevers@beeverslaw.com)
       Corey J. Hebert (Via E-Mail: corey@thompsonlawbr.com)
       Charlotte C. McDaniel McGehee (Via E-Mail: charoltte@mcdanielmcgehee.com)
       Seth M. Dornier (Via E-Mail: sDornier@dornierlaw.com)